IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Goodson I, Michael P

Printed: 10/29/08

Case Number: 06 B 10063
Judge: Squires, John H
Filed: 8/17/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: October 16, 2008
Confirmed: October 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,437.85 |  |
| Secured: |  | 19,760.52 |
| Unsecured: |  | 7,669.81 |
| Priority: |  | 4,086.73 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 1,915.29 |
| Other Funds: |  | 1,505.50 |
| Totals: | 37,437.85 | 37,437.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,500.00 | 2,500.00 |
| 2. | Americredit Financial Ser Inc | Secured | 17,302.97 | 17,302.97 |
| 3. | Monterey Financial Services | Secured | 2,457.55 | 2,457.55 |
| 4. | Illinois Dept of Revenue | Priority | 4,086.73 | 4,086.73 |
| 5. | Merrick Bank | Unsecured | 1,104.61 | 1,104.61 |
| 6. | NCI | Unsecured | 1,621.06 | 1,621.06 |
| 7. | Seventh Avenue | Unsecured | 451.15 | 451.15 |
| 8. | Loan Machine | Unsecured | 2,088.95 | 2,088.95 |
| 9. | Monterey Financial Services | Unsecured | 289.96 | 289.96 |
| 10. | Aspire Visa | Unsecured | 1,120.15 | 1,120.15 |
| 11. | Portfolio Recovery Associates | Unsecured | 672.77 | 672.77 |
| 12. | Americredit Financial Ser Inc | Unsecured | 287.27 | 287.27 |
| 13. | Illinois Dept of Revenue | Unsecured | 33.89 | 33.89 |
| 14. | Comcast | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | First Premier | Unsecured |  | No Claim Filed |
| 17. | First National Bank | Unsecured |  | No Claim Filed |
| 18. | Orchard Bank | Unsecured |  | No Claim Filed |
| 19. | Pay Day Loan Co | Unsecured |  | No Claim Filed |
| 20. | USA Payday Loans | Unsecured |  | No Claim Filed |
| 21. | USA Payday Loans | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,017.06 | $ 34,017.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Goodson I, Michael P

Printed: 10/29/08

Case Number: 06 B 10063
Judge: Squires, John H
Filed: 8/17/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 577.85 |
| 5.4% | 1,058.63 |
| 6.5% | 278.81 |
|  | $ 1,915.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

